IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR139 |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND DUNN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's appeal of magistrate judge's detention order (Filing No. 23). The Court has reviewed the motion, the pretrial services report (Filing No. 8), and the transcript of the proceedings before the magistrate judge (Filing No. 22), and finds the detention order should be affirmed. Accordingly,

IT IS ORDERED that the detention order is affirmed; defendant's appeal of the magistrate judge's detention order is denied.

DATED this 25th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court