```
               IN THE UNITED STATES DISTRICT COURT FOR THE

                          DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:12CR139
                              )
      v.                      )
                              )
RAYMOND DUNN,                 )         ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on the findings and recommendation and order of the magistrate judge (Filing No. 44), recommending that defendant's motion to suppress (Filing No. 28) be denied. The findings of the magistrate judge are supported by a reading of the transcript (Filing No. 46), and there is nothing in the record to suggest his findings are in error. The Court finds the recommendation should be approved and adopted. Accordingly,

    IT IS ORDERED:

    1) The findings and recommendation of the magistrate judge are approved and adopted.

    2) Defendant's objections to the magistrate judge's findings and recommendation (Filing No. 49) are overruled.

    3) Defendant's motion to suppress is denied.

    4) Trial of this matter is scheduled for:

**Tuesday, January 29, 2013, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111

South 18th Plaza, Omaha, Nebraska.  The parties will have time to pursue plea negotiations or prepare for trial.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between December 21, 2012, and January 29, 2013, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 21st day of December, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court